Submitted by:

Jeremy E. Shulman (#257582)
jshulman@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
  CAMPBELL & TRYTTEN LLP
199 S. Los Robles Avenue, Suite 600
Pasadena, California 91101-2459
Tel: (626) 535-1900
Fax: (626) 577-7764

Attorneys for Defendant
Wachovia Mortgage, a division of
Wells Fargo Bank, N.A., formerly
known as Wachovia Mortgage, FSB,
formerly known as World Savings Bank,
FSB ("Wachovia")

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JOSE PINEDA,<br><br>               Plaintiff,<br><br>     vs.<br><br>WELLS FARGO BANK, N.A.; ETS SERVICES, LLC; WACHOVIA MORTGAGE, FSB; WORLD SAVINGS BANK, FSB; DOES 1-10<br><br>               Defendants. | Case No. CV10-02267-DMG (PJWx)<br><br>**JUDGMENT [Doc. # 40]** |

    On November 24, 2010, this Court granted, with prejudice, the Motion to Dismiss the Second Amended Complaint filed by Wachovia Mortgage, a division of Wells Fargo Bank, N.A., formerly known as Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

/ / /

/ / /

In accordance with that order:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. Plaintiff Jose Pineda shall take nothing from Defendant Wachovia Mortgage, a division of Wells Fargo Bank, N.A., formerly known as Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB;

2. This Action is dismissed with prejudice as against Defendant Wachovia Mortgage, a division of Wells Fargo Bank, N.A., formerly known as Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB;

3. Defendant Wachovia Mortgage, a division of Wells Fargo Bank, N.A., formerly known as Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB, shall be entitled to recover its costs of suit.

Dated:   December 3, 2010

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE